IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GODDARD SYSTEMS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   07-5372 |
| BRIAN TYSON, et al | : | |

**<u>ORDER</u>**

AND NOW, this 8th day of July, 2009, upon consideration of Plaintiff's Motion for Contempt (Doc. No. 31), the arguments and representations of counsel during three telephonic conferences and the written submissions of the parties, IT IS HEREBY ORDERED that the motion is GRANTED and that Defendants Brian Tyson, Kathleen Tyson, and A Child's Dream Inc.'s and shall be held in contempt of this Court for failing to comply with their obligation under the Consent Judgment entered by the Court on May 6, 2008; and

It is further ORDERED that Brian Tyson, Kathleen Tyson, and A Child's Dream Inc. shall, within 10 days of this Order, deliver a certified check to Plaintiff Goddard Systems, Inc. In the amount of $50,000;  and

It is further ORDERED that Defendants Brian Tyson, Kathleen Tyson, and A Child's Dream Inc. shall be jointly and severally liable for all attorneys fees and costs incurred by Plaintiff Goddard Systems, Inc. in preparing and filing its Motion for Contempt and Sanctions and related Memoranda in support; and

It is Further Ordered that Plaintiff Goddard Systems, Inc. shall, within 10 days of this Order, submit to the Court a certification of attorneys' fees and costs incurred in preparing and filing its Motion for Contempt and Sanctions and Memoranda in support thereof.

BY THE COURT:

/s/Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE